Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:21-bk-10623-WJ  AS OF 3/31/2023**

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/20/23 | $200.00 | 03/2023 | $3,300.00 |
| 03/13/23 | $400.00 | 02/2023 | $3,300.00 |
| 03/08/23 | $2,700.00 | 01/2023 | $3,300.00 |
| 02/13/23 | $400.00 | 12/2022 | $3,300.00 |
| 02/07/23 | $2,900.00 | 11/2022 | $3,300.00 |
| 01/09/23 | $400.00 | 10/2022 | $3,300.00 |
| 01/06/23 | $2,900.00 | 09/2022 | $3,300.00 |
| 12/08/22 | $450.00 | 08/2022 | $2,400.00 |
| 12/06/22 | $2,850.00 | 07/2022 | $1,800.00 |
| 11/08/22 | $220.00 | 06/2022 | $2,400.00 |
| 11/04/22 | $3,080.00 | 05/2022 | $3,300.00 |
| 10/06/22 | $300.00 | 04/2022 | $2,870.00 |

CECILIA LEONARD
PO BOX 1460
RUNNING SPRINGS, CA  92382

CURRENT CASE DISPOSITION: **ACTIVE**

| | | | |
|---|---|---|---|
| FILING DATE: 02/08/2021 | MONTHLY PLAN PMT AMT: $3,300.00 | FEES PAID TO ATTY: $0.00 |
| 1ST MEETING DATE: 03/24/2021 | GROSS RECEIPTS: $68,771.00 | FEES PAID TO TRUSTEE: $3,580.51 |
| CONFIRMATION DATE: 07/26/2021 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTOR: $0.00 |
| TERM OF PLAN: 60 MONTHS | NET PAID CREDITORS: $64,643.88 | BALANCE ON HAND: $546.61 |
| PERCENT TO UNSEC.: 100.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | ACCESS / CHECK N' GO | UNSECURED | 0.00 | $4,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0002 | CAPITAL ONE BANK | UNSECURED | 0.00 | $2,384.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | FIRST SAVINGS CREDIT CARD | UNSECURED | 0.00 | $967.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $691.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0005 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $2,519.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $228.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | PREMIER BANKCARD LLC | UNSECURED | 0.00 | $1,005.00 | $1,005.51 | $0.00 | $0.00 | $1,005.51 |
| 0008 | PREMIER BANKCARD LLC | UNSECURED | 0.00 | $1,422.00 | $1,422.32 | $0.00 | $0.00 | $1,422.32 |
| 0009 | NAVIENT SOLUTION LLC | UNSECURED | 0.00 | $69,099.00 | $87,664.58 | $0.00 | $0.00 | $0.00 |
| 0010 | NAVIENT | UNSECURED | 0.00 | $18,564.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | LVNV FUNDING LLC | UNSECURED | 0.00 | $663.00 | $774.12 | $0.00 | $0.00 | $774.12 |
| 0012 | CW NEXUS CREDIT CARD HOLDING | UNSECURED | 0.00 | $1,463.00 | $1,929.95 | $0.00 | $0.00 | $1,929.95 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 0.00 | $2,330.00 | $2,329.76 | $0.00 | $0.00 | $2,329.76 |
| 0014 | RESURGENT CAPITAL SERVICES | SECURED | 4.00 | $21,378.00 | $17,454.00 | $5,870.71 | $1,256.77 | $11,583.29 |
| 0015 | US BANK NA | MORTGAGE ARREARS | 0.00 | $44,604.00 | $44,600.07 | $16,339.63 | $0.00 | $28,260.44 |
| 0016 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $2,961.00 | $10,336.76 | $3,784.14 | $0.00 | $6,552.62 |
| 0017 | US BANK TRUST NA * * | SECURED ON-GOING DEBT | 0.00 | $0.00 | $0.00 | $30,998.07 | $0.00 | $0.00 |
| 0018 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $0.00 | $1,424.10 | $0.00 | $0.00 | $1,424.10 |
| 0019 | HESTON & HESTON * | ATTORNEY FEE - WJ | 0.00 | $0.00 | $6,100.00 | $5,989.22 | $0.00 | $110.78 |
| 0020 | FRANCHISE TAX BOARD | PRIORITY | 0.00 | $0.00 | $1,111.97 | $405.34 | $0.00 | $706.63 |
| 10014 | RESURGENT CAPITAL SERVICES | UNSECURED | 0.00 | $0.00 | $3,642.02 | $0.00 | $0.00 | $3,642.02 |
| 10016 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $0.00 | $645.65 | $0.00 | $0.00 | $645.65 |
| 10020 | FRANCHISE TAX BOARD | UNSECURED | 0.00 | $0.00 | $357.75 | $0.00 | $0.00 | $357.75 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$60,744.94** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES  (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.