NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951-290-2827
Fax: 949-288-2054
ben@nexusbk.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:21-bk-10623-WJ |
| CECILIA LEONARD, | Chapter 13 |
| Debtor. | **NOTICE OF HEARING AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING** |
| | <u>Hearing</u><br>Date: August 9, 2023<br>Time: 2:00 p.m.<br>Courtroom 304 |

TO ROD DANIELSON, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Debtor, Cecilia Leonard, hereby opposes the Trustee's Motion for Order Dismissing Chapter 13 Proceeding on the grounds that she will cure the payment delinquency prior to the hearing on this Motion or she will move to modify their plan.

Parties are hereby notified that a hearing on the Trustee's Motion for Order Dismissing Chapter 13 Proceeding has been set for August 9, 2023, at 2:00 p.m. in Courtroom 304 of the United States Bankruptcy Court - Riverside Division, located at 3420 Twelfth Street, Riverside, California 92501.

Date: July 26, 2023

NEXUS BANKRUPTCY

BENJAMIN R. HESTON
Attorney for Debtor