| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>**CECILIA LEONARD,**<br><br><br><br>Debtor(s). | CASE NUMBER: **6:21-bk-10623-WJ**<br>CHAPTER 13 |
|---|---|
| | **MOTION UNDER LBR 3015-1(n) AND (w)<br>TO MODIFY PLAN OR<br>SUSPEND PLAN PAYMENTS** |
| | [No Hearing Required] |

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (**check all that apply**):
   ☒ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 plan:
   The Order Confirming Plan was entered on **7/26/2021**.
   Plan payment amount(s):    **$1,799** per month for months **1 - 2**;
                              **$3,246** per month for months **3 – end of plan**.
   Length of plan: **60** months.
   Percentage paid to Class 5 general unsecured creditors: **100%**.

4. There have been **1** previous modification or suspension orders.
   Plan payments have been suspended for **1** months and/or the plan has been extended for **0** months.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 3015-1.05.MOTION.MODIFY.SUSPEND**

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s):    **$1,799** per month for months **1 - 2;**
                                   **$0** for month **12;**
                                   **$1,475** per month for months **13 - 14;**
                                   **$3,300** per month to **end of plan.**
   Length of plan: **60** months.
   Percentage paid to Class 5 general unsecured creditors: **100%**.

6. Proposed modification:
   ☐ Suspend *(indicate number of plan payments)* ___ plan payments.
   ☐ Extend the term by *(indicate number of months)* ___ month(s).
   ☐ Reduce the term by *(indicate number of months)* ___ month(s).
   ☒ Increase the plan payment from **$3,300** to **$3,788** from *(date)* **9/2023** to *(date)* **end of plan.**
   ☒ Reduce the plan payment from **$3,300** to **$1,578** from *(date)* **3/2023** to *(date)* **8/2023.**

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:

*Debtor resides in Running Springs, an area that was significantly impacted by adverse weather conditions over the recent winter. Debtor's community was declared to be in a state of emergency for much of the winter due to the extreme weather.*

*Debtor is employed as a ride-share driver for Lyft, which is a supplemental source of income for Debtor. Due to the poor road conditions and various mechanical issues with Debtor's vehicle, Debtor was unable to work in this capacity for several months. Debtor anticipates being able to return to work with Lyft once the windshield is repaired, at which point Debtor expects the income from this source to return to approximately $600 per month based on previous experiences.*

*The loss of income from Lyft, combined with expenses incurred for car repairs, caused Debtor to fall behind on utility payments. Debtor is glad to report that Debtor has since been able to catch up on these payments.*

*Debtor's other sources of income, including from employment, retirement, and renting out a room in the house, have remained steady. Debtor is confident in the ability to continue making payments to the Chapter 13 plan.*

*Debtor is deeply committed to keeping the house, and Debtor affirms the ability to continue making the necessary payments. Debtor has a clear plan in place to ensure that the financial obligations are met.*

8. If this motion is granted, the last plan payment due would be payable **60** months after the first plan payment was due.

9. If this motion is granted:

   a. ☒ There will be no change in the percentage paid to Class 5 general unsecured creditors,
   OR
   b. ☐ The percentage paid to Class 5 general unsecured creditors will change from __% to __%.

Date:    **August 8, 2023**

/s/Benjamin Heston
**Benjamin Heston**
Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date:    **August 8, 2023**

**Cecilia Leonard**
Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                           **F 3015-1.05.MOTION.MODIFY.SUSPEND**