**United States Bankruptcy Court**
**Central District of California**
**Riverside**
**Wayne Johnson, Presiding**
**Courtroom 304 Calendar**

**Wednesday, August 9, 2023**                                    **Hearing Room**    **304**

2:00 PM
**6:21-10623    Cecilia Leonard**                                                      **Chapter 13**

#61.02    Hrg re trustee's motion to dismiss case regarding delinquency

Docket    80
*** VACATED ***    REASON: SCHEDULING ORDER ENTERED 7-28-
23

**Matter Notes:**

- NONE LISTED -

**Tentative Ruling:**

- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Cecilia  Leonard                          Represented By
                                          Benjamin  Heston

**Trustee(s):**

Rod  Danielson (TR)                       Pro Se