**FILED & ENTERED**

**AUG 11 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>CECILIA LEONARD,<br><br>　　　　　　　　Debtor. | Case No.: 6:21-bk-10623-WJ<br><br>CHAPTER 13<br><br>**DISMISSAL ORDER** |

  On July 11, 2023, the chapter 13 trustee filed a motion to dismiss this case due to a failure of the debtor to make plan payments under the terms of the confirmed plan [docket #80]. On July 26, 2023, the debtor filed opposition to the motion [docket #81]. Having reviewed the case, the motion and the opposition to the motion, the Court found that no oral argument was necessary and, pursuant to Rule 9013-1(j)(3) of the Local Bankruptcy Rules, the Court took the matter off calendar and waived appearances pursuant to an order of the Court entered on July 28, 2023 [docket #83] ("Prior Order"). No hearing occurred.

  The Prior Order gave the parties additional time to resolve the motion. However, that additional time has passed and the motion has not been withdrawn.

1    Accordingly, for the reasons set forth in the motion and the Prior Order, the Court hereby

2 ORDERS:

3    1.    The motion is granted.  This bankruptcy case is hereby dismissed.

4 IT IS SO ORDERED.

###

Date: August 11, 2023

*Wayne Johnson*
Wayne Johnson
United States Bankruptcy Judge