United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-10623-WJ |
| Cecilia Leonard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 11, 2023 | Form ID: ntcdsm | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cecilia Leonard, PO Box 1460, Running Springs, CA 92382-1460 |
| 40649365 | + | Access / Check N' Go, 7755 Montgomery Road, Cincinnati, OH 45236-4291 |
| 40649368 | + | Caliber Home Loans, 1525 South Belt Line Road, Coppell, TX 75019-4913 |
| 40649370 | | Fay Servicing, PO Box 809441, Oklahoma City, OK 73124 |
| 40649371 | | First National Credit Card, 500 East 60th Street North, Sioux Falls, SD 57104-0478 |
| 40649381 | ++ | QUALITY LOAN SERVICE, 2763 CAMINO DEL RIO SOUTH, SUITE 200, SAN DIEGO CA 92108-3708 address filed with court:, Quality Loan Service, 2763 Camino Del Rio South, San Diego, CA 92108 |
| 40649384 | ++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609 address filed with court:, US Department of Education, Bankruptcy Section, 50 Beale Street, Room 9800, San Francisco, CA 94105-1863 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Aug 12 2023 04:03:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 40680972 | + | EDI: AISACG.COM | Aug 12 2023 04:03:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 40649366 | + | EDI: GMACFS.COM | Aug 12 2023 04:03:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 40649367 | | Email/Text: BNBSB@capitalsvcs.com | Aug 12 2023 00:06:00 | Bryant State Bank, PO Box 2519, Omaha, NE 68103-2519 |
| 40667902 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 12 2023 00:19:23 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 40649369 | + | EDI: CAPITALONE.COM | Aug 12 2023 04:03:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 40649373 | | Email/Text: BNSFS@capitalsvcs.com | Aug 12 2023 00:06:00 | First Savings Credit Card, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 40649372 | + | EDI: AMINFOFP.COM | Aug 12 2023 04:03:00 | First Premier Bank, 601 S. Minnesotta Avenue, Sioux Falls, SD 57104-4868 |
| 40649374 | + | EDI: CALTAX.COM | Aug 12 2023 04:06:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 40649376 | | EDI: IRS.COM | Aug 12 2023 04:03:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 40649377 | | EDI: JEFFERSONCAP.COM | Aug 12 2023 04:03:00 | Jefferson Capital Systems, LLC, PO Box 7999, |

Case 6:21-bk-10623-WJ   Doc 90   Filed 08/13/23   Entered 08/13/23 21:14:05   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2023 | Form ID: ntcdsm | Total Noticed: 29 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Saint Cloud, MN 56302 |
| 41395740 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2023 00:19:32 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 40655548 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2023 00:19:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40649379 | + | EDI: NAVIENTFKASMSERV.COM | Aug 12 2023 04:03:00 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 40649378 | + | EDI: MAXMSAIDV | Aug 12 2023 04:03:00 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 40670973 | | EDI: MAXMSAIDV | Aug 12 2023 04:03:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 40649380 | | EDI: PRA.COM | Aug 12 2023 04:03:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 40707880 | | EDI: PRA.COM | Aug 12 2023 04:03:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 40729196 | + | EDI: JEFFERSONCAP.COM | Aug 12 2023 04:03:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 40649381 | | Email/Text: qlsbankruptcyhub@mccarthyholthus.com | Aug 12 2023 00:06:00 | Quality Loan Service, 2763 Camino Del Rio South, San Diego, CA 92108 |
| 40649382 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2023 00:19:23 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 40649383 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 12 2023 00:19:42 | Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 40744446 | | ^ MEBN | Aug 12 2023 00:02:23 | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Courtesy NEF |
| cr | | U.S. Bank Trust National Association, not in its i |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 40649375 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Arvind Nath Rawal | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Cecilia Leonard bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Dane W Exnowski | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Creditor Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Kinnera Bhoopal | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust kinnera.bhoopal@mccalla.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 7

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Cecilia Leonard

**BANKRUPTCY NO.** 6:21−bk−10623−WJ

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx−xx−5132
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 8/11/23

**Address:**
PO Box 1460
Running Springs, CA 92382

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: August 11, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**89 / YG**