United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 21-10623-WJ

Cecilia Leonard                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                         User: admin                                  Page 1 of 2

Date Rcvd: Aug 11, 2023                      Form ID: pdf042                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cecilia Leonard, PO Box 1460, Running Springs, CA 92382-1460 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2023                  Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arvind Nath Rawal | |
| | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Benjamin Heston | |
| | on behalf of Debtor Cecilia Leonard bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Dane W Exnowski | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | |
| | on behalf of Creditor Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Kinnera Bhoopal | |
| | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust kinnera.bhoopal@mccalla.com |

User: admin
Form ID: pdf042    Total Noticed: 1

Rod Danielson (TR)
                          notice-efile@rodan13.com

United States Trustee (RS)
                          ustpregion16.rs.ecf@usdoj.gov

TOTAL: 7

**FILED & ENTERED**

**AUG 11 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:21-bk-10623-WJ |
| CECILIA LEONARD, | CHAPTER 13 |
| Debtor. | **DISMISSAL ORDER** |

On July 11, 2023, the chapter 13 trustee filed a motion to dismiss this case due to a failure of the debtor to make plan payments under the terms of the confirmed plan [docket #80].  On July 26, 2023, the debtor filed opposition to the motion [docket #81].  Having reviewed the case, the motion and the opposition to the motion, the Court found that no oral argument was necessary and, pursuant to Rule 9013-1(j)(3) of the Local Bankruptcy Rules, the Court took the matter off calendar and waived appearances pursuant to an order of the Court entered on July 28, 2023 [docket #83] ("Prior Order").  No hearing occurred.

The Prior Order gave the parties additional time to resolve the motion.  However, that additional time has passed and the motion has not been withdrawn.

Accordingly, for the reasons set forth in the motion and the Prior Order, the Court hereby

ORDERS:

1.    The motion is granted.  This bankruptcy case is hereby dismissed.

IT IS SO ORDERED.

### ###

Date: August 11, 2023

Wayne Johnson
United States Bankruptcy Judge